THOMAS J. NOLAN (CA SBN 066992)
JASON D. RUSSELL (CA SBN 169219)
STACY R. HORTH-NEUBERT (CA SBN 214565)
(Stacy.Horth-Neubert@probonolaw.com)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

MICHAEL KAUFMAN (CA SBN 254575)
(mkaufman@aclu-sc.org)
JENNIFER PASQUARELLA (CA SBN 263241)
(jpasquarella@aclu-sc.org)
AHILAN ARULANANTHAM (CA SBN 237841)
(aarulanantham@aclu-sc.org)
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, California 90017
Telephone:  (213) 977-5232
Facsimile:  (213) 417-2232

Attorneys for Plaintiff
ACLU of Southern California

CASE CLOSED

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ACLU OF SOUTHERN
CALIFORNIA,

                    Plaintiff,

          v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, a
component of the Department of
Homeland Security,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: CV11-10148-ODW (JCx)

[PROPOSED] JUDGMENT

Judge:  Hon. Otis D. Wright II

1   On October 25, 2012, the Court issued an Order (1) granting Defendants'

2   Motion for Summary Judgment in part – as to Department of Homeland Security

3   ("DHS"); (2) denying Defendants' Motion for Summary Judgment in part – as to

4   Immigration and Customs Enforcement ("ICE"); (3) granting Plaintiff's Cross-

5   Motion for Partial Summary Judgment in part – as to ICE; and (4) denying Plaintiff's

6   Cross-Motion for Partial Summary Judgment in part – as to DHS.

7   Accordingly, for the reasons set forth in that order, IT IS HEREBY

8   ORDERED, ADJUDGED, AND DECREED that Judgment be entered for Plaintiff

9   and against Defendant ICE, and for Defendant DHS and against Plaintiff, and that

10  Defendant ICE must (1) conduct a reasonable search for records responsive to

11  Plaintiff's request under FOIA, 5 U.S.C. § 552, (2) produce responsive documents

12  without improper withholdings or redactions, and (3) provide declarations and

13  *Vaughn* indices containing sufficient detail to allow Plaintiff and the Court to

14  properly evaluate the propriety of the asserted redactions.  Defendant ICE must

15  provide a revised *Vaughn* index for a set of documents selected by Plaintiff within

16  forty-five days after Plaintiff notifies Defendant ICE of its selection.  Defendant ICE

17  must complete production of any responsive records located in its supplemental

18  searches by February 28, 2013.  No later than forty-five days after producing any

19  responsive documents located as a result of such supplemental searches, Defendant

20  ICE must provide a *Vaughn* index for any redactions to those records.

21

22  It is so ordered.
    Dated: December 2, 2013

23

24  By_____

25       Otis D. Wright, II

26

27

28

---

1

[Proposed] Judgment